IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES T. BILITY, *PhD*, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-cv-770 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| UNIVERSITY OF PITTSBURGH, DEAN DONALD BURKE, and DEAN MAUREEN LICHTVELD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW on this 21st day of July 2023, upon consideration of Plaintiff's Motion for Recusal, (ECF No. 11), and Defendant's Response in Opposition, (ECF No. 19), IT IS SO ORDERED that Plaintiff's Motion for Recusal is denied. Defendant has accurately reflected the function of the University of Pittsburgh Law School Board of Governors as providing a link between alumni, students, and administration on a volunteer basis. My position serving on the Law School Board of Governors will have no actual or apparent impact in this case. For this reason, and all reasons stated within Defendant's Response in Opposition, this Motion is denied.

    s/*Marilyn J. Horan*
    Marilyn J. Horan
    United States District Judge

cc:    All counsel of record

1