IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOSES T. BILITY, PhD, | ) |
| | ) Case No. 2:23-cv-00770-MJH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNIVERSITY OF PITTSBURGH | ) |
| DEAN DONALD BURKE, and DEAN | ) |
| MAUREEN LICHTVELD, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.

Respectfully submitted,

*/s/ Moses T. Bility (by consent)*
Moses T. Bility, PhD, *pro se*

*/s/ Jeremy D. Engle*
Jonathan D. Marcus (PA ID 312829)
jmarcus@marcus-shapira.com
Jeremy D. Engle (PA ID 324008)
engle@marcus-shapira.com
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Fax: (412) 391-8758

*Counsel for Defendants*

It is so ordered this 13th day of February 2025

Marilyn J. Horan
United States District Judge